**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

ROBERT L. HEDRICK,

        Petitioner

    v.

FEDERAL BUREAU OF PRISONS,

        Respondent

Civil No. 24-10299 (RMB)

**MEMORANDUM ORDER**

**THIS MATTER** having come before the Court upon Petitioner Robert L. Hedrick's Demand for Immediate Final Resolution (Dkt. No. 24) and Motion for Summary Judgment by Default (Dkt. No. 25); and the Court having considered the submissions; and for the reasons set forth in the accompanying Opinion; and for good cause shown;

**IT IS** on this 9th day of June, 2026,

**ORDERED** that Petitioner's Demand for Immediate Final Resolution (Dkt. No. 24) is **DENIED**; and it is further

**ORDERED** that Petitioner's Motion for Summary Judgment by Default (Dkt. No. 25) is **DENIED**; and it is further

**ORDERED** that Petitioner's post-judgment filings (Dkt. Nos. 24 and 25), having been filed after entry of the Court's July 9, 2025 Order closing this matter, do not provide

1

a basis for reopening the case, and, to the extent those filings may be construed as seeking such relief, reopening is **DENIED**; and it is further

**ORDERED** that the Court's prior dismissal of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. Nos. 5 and 6), and the Court's prior denial of Petitioner's motion for reconsideration (Dkt. Nos. 21 and 22), remain in full force and effect; and it is further

**ORDERED** that this matter shall remain **CLOSED**; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying Opinion upon Petitioner by regular U.S. mail at his address of record.

Dated: **June 9, 2026**

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**Chief United States District Judge**